**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARY EARNESTINE DAVIS,**                                  **PLAINTIFF,**

**VS.**                               **CIVIL ACTION NO. 2:03CV335-P-A**

**BL DEVELOPMENT CORP.,**                               **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's January 21, 2005 Motion for Summary Judgment [34-1]. Because this particular motion is identical to that filed as docket number [31-1] on January 20, 2004, the court finds that the instant motion, it being the latter filed, should be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's January 21, 2005 Motion for Summary Judgment [34-1] is **DENIED AS MOOT**.

**SO ORDERED** this the 29th day of July, A.D., 2005.

                                               /s/ W. Allen Pepper, Jr.
                                               W. ALLEN PEPPER, JR.
                                               UNITED STATES DISTRICT JUDGE