# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**MARY EARNESTINE DAVIS,**                                  **PLAINTIFF,**

**VS.**                                    **CIVIL ACTION NO. 2:03CV335-P-A**

**BL DEVELOPMENT CORP.,**                                  **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Summary Judgment [31-1] is hereby **GRANTED**;

(2) Plaintiff's Motion for Partial Summary Judgment [35-1] is **DENIED**; thus,

(3) All of the plaintiff's claims against the defendant are **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED**.

**SO ORDERED** this the 8th day of August, A.D., 2005.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE